

HRW/CMR: USAO 2017R00390



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 OCT 23 P 5: 37

CLERK'S OFFICE
AT GREENBELT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX 17cr559 |
| | * | |
| STEPHONZE PHILLIP BLAKENEY, | * | (Homicide by Motor Vehicle While |
| | * | Impaired by Alcohol, 18 U.S.C. § 13, |
| Defendant | * | Assimilating Md. Code, Criminal Law |
| | * | § 2-504; Driving Without a License, |
| | * | 36 C.F.R. 4.2, Md. Transp. Art. |
| | * | §§ 16-101, 16-102; Reckless Driving, |
| | * | 36 C.F.R. 4.2, Md. Transp. Art. |
| | * | § 21-901.1(a)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Homicide by Motor Vehicle While Impaired by Alcohol)

The Grand Jury for the District of Maryland charges that:

On or about June 5, 2017, in the District of Maryland, the defendant,

**STEPHONZE PHILLIP BLAKENEY,**

on lands within the special maritime and territorial jurisdiction of the United States, did cause the death of Victim 1 as a result of his negligent driving and operating a motor vehicle while impaired by alcohol.

18 U.S.C. § 13
assimilating Md. Code, Criminal Law § 2-504

## COUNT TWO
### (Driving Without a License)

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2017, in the District of Maryland, the defendant,

**STEPHONZE PHILLIP BLAKENEY,**

on lands administered by the National Park Service, did drive a motor vehicle on a highway when he did not hold a driver's license issued by the state of Maryland and did not have a license to drive issued to him by the state of his residence.

36 C.F.R. § 4.2
Md. Transp. Art. §§ 16-101, 16-102

## COUNT THREE
### (Reckless Driving)

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2017, in the District of Maryland, the defendant,

**STEPHONZE PHILLIP BLAKENEY,**

on lands administered by the National Park Service, did drive a motor vehicle in wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2
Md. Transp. Art. § 21-901.1(a)

*Stephen M. Schenning*
Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: October 23, 2017