FORM 10-344B (3/83)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

## SUPPLEMENTAL CRIMINAL INCIDENT RECORD

1 JUVENILE CASE ☐

| 2 SYSTEM AREA | 3 WHEN DID IT OCCUR? | MO. | DAY | YR. | 4 YEAR | CASE/INCIDENT NUMBER |
|---|---|---|---|---|---|---|
| US Park Police District 5 | | 06 | 05 | 17 | 17 | 046096 |

**5 NATURE OF INCIDENT:** Fatal Motor Vehicle Collision

**6 RECLASSIFICATION OF INCIDENT:**

**7 RESULTS OF INVESTIGATION:**

On June 5, 2017 at approximately 2236 hours, United States Park Police Officers were dispatched to a report of motor vehicle collision involving injury on Suitland Parkway in the area of Branch Avenue. I arrived on scene. The collision location was Eastbound Suitland Parkway at Branch Avenue.

Upon arrival, I observed a blue Nissan facing west bound in the east bound right lane of travel. There was a gray Chrysler in the grass area to the south of the parkway.

On the ground next to the Nissan was a male laying on his back. He was the driver and sole occupant of the Nissan. He was identified by his MD Driver's License as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was treated on the scene by units from the Prince George's County Fire Department. ▮▮▮▮ was transported to Medstar, Washington Hospital Center with non life threatening injuries.

In the Chrysler there was a male in the driver's seat of the vehicle. There was a female in the right front passenger seat. It was reported that the female was unresponsive.

The female was being checked for injuries by the Prince George's County Fire Department. The female was unresponsive, was not breathing and did not have a pulse. At 2253 hours, Lt. Lockwood of the Prince George's County Fire Department declared the female deceased. The female was later identified as SMITH, BRIUANNA, AMBER.

The male in the driver's seat was conscious upon my arrival. A short time later, the male became combative with fire department personnel. They stated he appeared under the influence of PCP and alcohol. The male refused to exit the vehicle.

I went to driver's side of the vehicle. The male had a blank stare and did not appear to comprehend what I was saying to him. He refused to exit the vehicle. After a brief struggle, I was able to get the male to out of the vehicle. The male was restrained to the stretcher for his protection as well as for the protection of the fire department personnel. The male was transported to Prince George's Hospital for medical care. He was identified as BLAKENEY, STEPHONZE, PHILLIP.

The following Prince George's County Fire Department Units were on scene:
Engine 29
Rescue Squad 27
Medic 29
Ambulance 29
Battalion Chief 883

The following US Park Police personnel were on scene:
Greulich 415
Kadiev 328
Steinheimer 869
Schlosser 917
Kellenberger 361
Edwards 665
Sepeck 599
Keene 849
Blackmore 036

| 8 WARRANT(S) ☐ YES ☐ NO | 9 ☐ LATENTS ☐ PHOTOS | 10 ID TECH NOTIFIED Blackmore | 11 INVESTIGATOR NOTIFIED Steinheimer | 12 PAGE OF PAGES |
|---|---|---|---|---|

**13 STATUS:** ☐ OPEN  ☐ SUSPENDED   CLOSED BY: ☐ ARREST  ☐ EXCEPTION  ☐ UNFOUNDED

| 14 REPORTING OFFICER | BADGE/ID | DATE | 15 INVESTIGATOR | BADGE/ID | DATE | 16 SUPERVISOR | BADGE/ID | DATE |
|---|---|---|---|---|---|---|---|---|
| Greulich | 415 | 06/06/17 | | | | | 869 | 6/6/17 |

US v. Blakeney discovery p. 41