FORM 10-344B (3/83)

U.S. DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
**SUPPLEMENTAL CRIMINAL INCIDENT RECORD**

1 JUVENILE CASE ☐

| 2 SYSTEM AREA | 8 WHEN DID IT OCCUR? | MO. | DAY | YR. | 4 YEAR | CASE/INCIDENT NUMBER |
|---|---|---|---|---|---|---|
| United States Park Police | | 06 | 05 | 17 | 17 | 046096 |

5 NATURE OF INCIDENT: MVA- Fatality
6 RECLASSIFICATION OF INCIDENT:

ITEM 7 RESULTS OF INVESTIGATION:

On June 5, 2017, just after 10:30 pm in the evening, the undersigned monitored a radio transmission regarding a serious motor vehicle accident with injuries, in the area of Suitland Parkway, east of Naylor Road. Shortly thereafter, the undersigned responded to the scene to assist in the investigation.

On scene, the undersigned was briefed by Lieutenant Schlosser of the preliminary circumstances surrounding the incident, including the whereabouts of the occupants from the two vehicles involved in the accident. After receiving this information, the undersigned responded to Medic Unit 829, which was still on scene and briefly spoke with the driver from one of the vehicles involved in the accident.

The driver identified himself as ▇▇▇▇▇▇▇ and stated that he was the sole occupant and operator of the Nissan Altima. ▇▇▇▇▇▇▇ identity was confirmed from his Maryland driver's license. His identifiers are as follows:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇ was asked to provide a brief statement of the circumstances that lead to the accident. ▇▇▇▇▇▇ stated that he was driving home from Washington, DC, coming from his place of employment, when the accident occurred. ▇▇▇▇▇▇ said that he recalled being in the left travel lane of the Suitland Parkway, driving in an Eastbound direction towards his place of residence, when all of a sudden another vehicle drove across the roadway into his lane of travel and struck his vehicle. ▇▇▇▇▇▇ was transported to MedStar Trauma, via Medic 829.

Later that same evening, just prior to midnight the undersigned arrived at MedStar Trauma. Upon the undersigned's arrival, ▇▇▇▇▇▇ was receiving medical treatment. Upon completion of several tests performed by medical personnel at MedStar Trauma, the undersigned again spoke with ▇▇▇▇▇▇. ▇▇▇▇▇▇ confirmed with the undersigned his initial version of events. Additionally, ▇▇▇▇▇▇ was unsure of what lane the striking vehicle was travelling in, prior to crossing the roadway and striking his vehicle. ▇▇▇▇▇▇ recalled that the striking vehicle's passenger side of the car struck his car in the front.

▇▇▇▇▇▇ was able to call his wife and speak to her, providing her with an update of his condition and whereabouts. The attending RN was provided contact information and was requested to contact USPP dispatch with any updates on his condition.

On June 6, 2017, at about 4:14 am, the undersigned spoke to the RN who attended to ▇▇▇▇▇▇ and she told the undersigned that ▇▇▇▇▇▇ suffered a sprained right ankle and that he had since been released from the medical facility.

| 8 WARRANT(S) ☐ YES ☐ NO | 9 ☐ LATENTS ☐ PHOTOS | 10 ID TECH NOTIFIED: Blackmore | 11 INVESTIGATOR NOTIFIED: Steinheimer | 12 PAGE 1 OF 1 PAGES |
|---|---|---|---|---|

13 STATUS: ☐ OPEN ☐ SUSPENDED CLOSED BY: ☐ ARREST ☐ EXCEPTION ☐ UNFOUNDED

| 14 REPORTING OFFICER | BADGE/ID | DATE | 15 INVESTIGATOR: Det. W. Sepeck | BADGE/ID 599 | DATE 6-6-17 | 16 SUPERVISOR | BADGE/ID 869 | DATE 6/6/17 |

US v. Blakeney discovery p. 5