FORM 10-344B (3/83)

Case 8:17-cr-00559-PX Document 19-3 Filed 01/19/18 Page 1 of 1

UNITED STATES DEPARTMENT OF THE INT
NATIONAL PARK SERVICE
SUPPLEMENTAL CRIMINAL INCIDENT RECORD

1 JUVENILE CASE ☐

| 2 SYSTEM AREA | 8 WHEN DID IT OCCUR? | MO. | DAY | YR. | 4 YEAR CASE/INCIDENT NUMBER |
|---|---|---|---|---|---|
| United States Park Police | | 0 6 | 0 5 | 1 7 | 17 • 0 4 6 0 9 6 |

| 5 NATURE OF INCIDENT | 6 RECLASSIFICATION OF INCIDENT |
|---|---|
| MVC-F | |

**ITEM** | **7 RESULTS OF INVESTIGATION:**

The Nissan, 8BR2108 MD, was observed, facing West, in the right travel lane of Eastbound Suitland Parkway just East of the ramp to Branch Avenue. The Nissan's engine compartment was collapsed into the passenger compartment and passenger side. The Chrysler, VKN6572 VA, was observed, facing North, on the grass shoulder of the South of the parkway, East of the ramp to Branch Avenue, approximately 30 feet off the roadway. The Chrysler also had extensive front end and passenger side damage. The engine of the Chrysler and front right tire were separated from the vehicle.

**Decedent:**

SMITH, BRIAUNNA AMBER
2330 Good Hope Road SE #904
Washington, DC 20020
Black, Female, 5'03", 150 LBS
DOB: ███

The body of Smith was extricated from the front passenger seat, which was reclined into the rear seat of the Chrysler, VKN6572 VA, at 0254 hours. Smith, a black female wore a blond wig, green shirt, blue jeans with black belt and black boots. Smith wore a silver colored ring on her left ring finger. Smith sustained fractures in legs, right wrist, chest, neck, right cheek and skull. Smith sustained a laceration on the right forearm. Smith was transported to the Maryland OCME office, Baltimore.

**Investigation:**

Preliminary investigation and interviews revealed that the Nissan, 8BR2108 MD, was travelling Eastbound on the Suitland Parkway, just East of the Ramp to Branch Avenue, in the left lane. The Chrysler, VKN6572 VA, was travelling Westbound on the Suitland Parkway, West of the Ramp from Branch Avenue. The Chrysler crossed over the raised, curb, center median and struck the Nissan head on, causing extensive damage to the front end and passenger side of both vehicles. The collision caused the Nissan to spin 180 degrees and come to rest in the right lane and the Chrysler to leave the roadway, South of the Parkway, and come to rest on the grass shoulder.

Smith was pronounced by Lt. Lochwood, P.G. Fire Department, on scene and remained in place. The operator of the Chrysler, Blakeney was removed from the Driver's seat of the Chrysler and transported to P.G. Hospital. The operator of the Nissan, ███ was found on the ground outside of the Nissan and transported to Medstar Trauma.

U.S. Park Police ID and TSU Units documented the scene and recovered evidence.

| 8 WARRANT(S) ☐ YES ☐ NO | 9 ☐ LATENTS ☒ PHOTOS | 10 ID TECH NOTIFIED | 11 INVESTIGATOR NOTIFIED Steinheimer | 12 PAGE 2 OF 2 PAGES |
|---|---|---|---|---|
| 13 STATUS: ☐ OPEN | ☐ SUSPENDED | CLOSED BY: ☐ ARREST | ☐ EXCEPTION | ☐ UNFOUNDED |
| 14 REPORTING OFFICER BADGE/ID DATE | | 15 INVESTIGATOR Steinheimer BADGE/ID 869 DATE 6/6/17 | 16 SUPERVISOR BADGE/ID DATE | |

US v. Blakeney discovery p. 6