FILED ___ ENTERED
___ LODGED ☒ RECEIVED

JUL 1 2 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :

v. : Criminal C12e No. PX-17-cr-0559

STEPHONZE PHIKLLIP BLAKENEY, :

Defendant :

...oooOooo...

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Photo of Briaunna Smith | JUL 1 0 2018 | JUL 1 0 2018 |
| 2 | Google map | JUL 1 0 2018 | JUL 1 0 2018 |
| 3 | Google earth | JUL 1 0 2018 | JUL 1 0 2018 |
| 4 | Photo of Nissan | JUL 1 0 2018 | JUL 1 0 2018 |
| 4A | Photo of Nissan | JUL 1 0 2018 | JUL 1 0 2018 |
| 4B | Photo of Nissan | JUL 1 0 2018 | JUL 1 0 2018 |
| 4C | Photo of Nissan | JUL 1 0 2018 | JUL 1 0 2018 |
| 4D | Photo of Nissan | JUL 1 0 2018 | JUL 1 0 2018 |
| 4E | Photo of Nissan | JUL 1 0 2018 | JUL 1 0 2018 |
| 5 | Photo of Chrysler | JUL 1 0 2018 | JUL 1 0 2018 |
| 5A | Photo of Chrysler | JUL 1 0 2018 | JUL 1 0 2018 |
| 5B | Photo of Chrysler | JUL 1 0 2018 | JUL 1 0 2018 |
| 5C | Photo of Chrysler | JUL 1 0 2018 | JUL 1 0 2018 |

| | | | |
|---|---|---|---|
| 5D | Photo of Chrysler | JUL 10 2018 | JUL 10 2018 |
| 5E | Photo of Chrysler | JUL 10 2018 | JUL 10 2018 |
| 5F | Photo of Chrysler | JUL 10 2018 | JUL 10 2018 |
| 5G | Photo of Chrysler | JUL 10 2018 | JUL 10 2018 |
| 5H | Photo of Chrysler | JUL 10 2018 | JUL 10 2018 |
| 5I | Photo of Chrysler | JUL 10 2018 | JUL 10 2018 |
| 6 | Photo of debris field | JUL 10 2018 | JUL 10 2018 |
| 6A | Photo of debris field | JUL 10 2018 | JUL 10 2018 |
| 6B | Photo of debris field | JUL 10 2018 | JUL 10 2018 |
| 7 | Video clips | JUL 10 2018 | JUL 10 2018 |
| 8 | photo of roadway | | |
| 9 | photo of roadway | JUL 10 2018 | JUL 10 2018 |
| 10 | photo of roadway | JUL 10 2018 | JUL 10 2018 |
| 11 | photo of roadway | JUL 10 2018 | JUL 10 2018 |
| 11A | photo of roadway | JUL 10 2018 | JUL 10 2018 |
| 12 | Diagram of scene | JUL 10 2018 | JUL 10 2018 |
| 12A | Marks on roadway | JUL 10 2018 | JUL 10 2018 |
| 12B | Marks on roadway | JUL 10 2018 | JUL 10 2018 |
| 12C | Marks on roadway | JUL 10 2018 | JUL 10 2018 |
| 12D | Marks on roadway | JUL 10 2018 | JUL 10 2018 |
| 12E | Marks on roadway | JUL 10 2018 | JUL 10 2018 |
| 12F | Marks on roadway | JUL 10 2018 | JUL 10 2018 |
| 12G | Marks on roadway | JUL 10 2018 | JUL 10 2018 |

| | | | |
|---|---|---|---|
| 12H | Marks on roadway | JUL 10 2018 | JUL 10 2018 |
| 12I | Marks on roadway | JUL 10 2018 | JUL 10 2018 |
| 12J | Marks on roadway | JUL 10 2018 | JUL 10 2018 |
| 13 | Photo or ramp from Branch Avenue looking westbound | JUL 10 2018 | JUL 10 2018 |
| 14 | Photo of sign on eastbound Suitland Parkway to Branch Avenue ramp | JUL 10 2018 | JUL 10 2018 |
| 15 | Blood kit | JUL 10 2018 | JUL 10 2018 |
| 16 | Blood chain of custody form | JUL 10 2018 | JUL 10 2018 |
| 17 | Photos of blood vials | JUL 10 2018 | JUL 10 2018 |
| 18 | Blood test report | JUL 10 2018 | JUL 10 2018 |
| 19 | Maryland driving record | JUL 10 2018 | JUL 10 2018 |
| 20 | D.C. driving record | JUL 10 2018 | JUL 10 2018 |
| 21 | Stipulation | JUL 10 2018 | JUL 10 2018 |
| 22 | Report of Officer D. Palmer | JUL 10 2018 | |